

FILED

FEB 1 4 2017

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                        Deputy Clerk

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California _____
                                (State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an
amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual                              12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's name**

Kandy Kiss of California, Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____

_____

_____

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5. Debtor's address**

| **Principal place of business** | **Mailing address, if different** |
|---|---|
| 15761 Califa Street | 2360 Corporate Circle, Suite 330 |
| Number    Street | Number    Street |
| | Attn: Province, Inc. as Assignee |
| | P.O. Box |
| Woodland Hills    CA    91411 | Henderson    NV    89074 |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

| Debtor | Kandy Kiss of California, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| SEE ATTACHED SHEET | | $ |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4:    Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

**Name and mailing address of petitioner**

Apex Logistics International LAX Inc.
Name

17511 S. Susana Rd.
Number    Street

| Compton | CA | 90221 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Elsie Qian
Name

17511 S. Susana Rd.
Number    Street

| Compton | CA | 90221 |
|---|---|---|
| City | State | ZIP Code |

Matthew A. Lesnick
Printed name

Lesnick Prince & Pappas LLP
Firm name, if any

185 Pier Avenue, Suite 103
Number    Street

| Santa Monica | CA | 90405 |
|---|---|---|
| City | State | ZIP Code |

Contact phone    310-396-0964    Email  matt@lesnickprince.com

Bar number    177594

State    CA

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/10/2017
              MM / DD / YYYY

✗ _Elsie Qian_
Signature of petitioner or representative, including representative's title

✗    /s/Matthew A. Lesnick
Signature of attorney

Date signed    02/08/2017
               MM / DD / YYYY

Debtor      Kandy Kiss of California, Inc.                                    Case number (if known)_____
            _____
            Name

**Name and mailing address of petitioner**

High Hope Trading (HK) Limited
_____
Name
Rm. 201, Block D, Chunshen Creative Garden
No. 255, MeiQiang Rd.
_____
Number    Street

| Minhang District | Shanghai | China |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Christopher Clifford
_____
Name

128 S. Parkwood Ave.
_____
Number    Street

| Pasadena | CA | 91107 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 𝟶𝟸 / 𝟶𝟶 / 𝟸𝟶𝟷𝟽
            MM / DD / YYYY

**X** _____ DIRECTOR _____
Signature of petitioner or representative, including representative's title

Matthew A. Lesnick
_____
Printed name
Lesnick Prince & Pappas LLP
_____
Firm name, if any
185 Pier Avenue, Suite 103
_____
Number    Street

| Santa Monica | CA | 90405 |
|---|---|---|
| City | State | ZIP Code |

Contact phone   310-396-0964   Email matt@lesnickprince.com

Bar number   177594

State   CA

**X**  /s/Matthew A. Lesnick
Signature of attorney

Date signed   02/08/2017
              MM / DD / YYYY

**Name and mailing address of petitioner**

IDFIX, Inc.
_____
Name

1111 Corporate Center Drive
_____
Number    Street

| Monterey Park | CA | 91754 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Grace Wang, CEO
_____
Name

1111 Corporate Center Drive
_____
Number    Street

| Monterey Park | CA | 91754 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

**X** _____
Signature of petitioner or representative, including representative's title

_____
Printed name
_____
Firm name, if any

_____
Number    Street

| City | State | ZIP Code |
|---|---|---|

Contact phone _____ Email _____

Bar number   _____

State   _____

**X** _____
Signature of attorney

Date signed   _____
              MM / DD / YYYY

Debtor    Kandy Kiss of California, Inc.                                    Case number (if known)_____
_____Name_____

**Name and mailing address of petitioner**

High Hope Trading (HK) Limited
_____
Name
Rm. 201, Block D, Chunshen Creative Garden
No. 255, MeiQiang Rd.
_____
Number    Street

| Minhang District | Shanghai | China |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Christopher Clifford
_____
Name

128 S. Parkwood Ave.
_____
Number    Street

| Pasadena | CA | 91107 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM  / DD / YYYY

**✗** _____

Signature of petitioner or representative, including representative's title

---

Matthew A. Lesnick
_____
Printed name

Lesnick Prince & Pappas LLP
_____
Firm name, if any

185 Pier Avenue, Suite 103
_____
Number    Street

| Santa Monica | CA | 90405 |
|---|---|---|
| City | State | ZIP Code |

Contact phone   310-396-0964   Email matt@lesnickprince.com

Bar number   177594

State   CA

**✗** /s/Matthew A. Lesnick
_____
Signature of attorney

Date signed   02/08/2017
_____
MM  / DD / YYYY

---

**Name and mailing address of petitioner**

IDFIX, Inc.
_____
Name

1111 Corporate Center Drive
_____
Number    Street

| Monterey Park | CA | 91754 |
|---|---|---|
| City | State | ZIP Code |

**Name and mailing address of petitioner's representative, if any**

Grace Wang, CEO
_____
Name

1111 Corporate Center Drive
_____
Number    Street

| Monterey Park | CA | 91754 |
|---|---|---|
| City | State | ZIP Code |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/10/17
MM  / DD / YYYY

**✗** _____

Signature of petitioner or representative, including representative's title

---

_____
Printed name

_____
Firm name, if any

_____
Number    Street

| | | |
|---|---|---|
| City | State | ZIP Code |

Contact phone   _____   Email _____

Bar number   _____

State   _____

**✗** _____
Signature of attorney

Date signed   _____
MM  / DD / YYYY

---

Debtor **Kandy Kiss of California, Inc.**
Name

Case number (*if known*) _____

**Name and mailing address of petitioner**

Kucuhead
Name

342 South Anita Ave.
Number    Street

Los Angeles          CA          90049
City                 State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Mauricio Betancur, President
Name

342 South Anita Ave.
Number    Street

Los Angeles          CA          90049
City                 State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _02/09/2017_
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Matthew A. Lesnick
Printed name

Lesnick Prince & Pappas LLP
Firm name, if any

185 Pier Avenue, Suite 103
Number    Street

Santa Monica          CA          90405
City                  State       ZIP Code

Contact phone 310-396-0964 Email matt@lesnickprince.com

Bar number   177594

State   CA

✗  /s/Matthew A. Lesnick
Signature of attorney

Date signed   02/08/2017
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Shol Inc.
Name

6279 E. Slauson Ave., Suite 402
Number    Street

Commerce          CA          90040
City              State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Ch Moon
Name

6279 E. Slauson Ave., Suite 402
Number    Street

Commerce          CA          90040
City              State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Printed name

Firm name, if any

Number    Street

City                 State       ZIP Code

Contact phone _____ Email _____

Bar number   _____

State   _____

✗ _____
Signature of attorney

Date signed   _____
              MM / DD / YYYY

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 4

Debtor   Kandy Kiss of California, Inc.
Name

Case number (if known)_____

**Name and mailing address of petitioner**

Kucuhead
Name

342 South Anita Ave.
Number    Street

Los Angeles          CA          90049
City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Mauricio Betancur, President
Name

342 South Anita Ave.
Number    Street

Los Angeles          CA          90049
City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM  / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Matthew A. Lesnick
Printed name

Lesnick Prince & Pappas LLP
Firm name, if any

185 Pier Avenue, Suite 103
Number    Street

Santa Monica          CA          90405
City                  State       ZIP Code

Contact phone   310-396-0964   Email  matt@lesnickprince.com

Bar number      177594

State           CA

✗   /s/Matthew A. Lesnick
Signature of attorney

Date signed     02/08/2017
                MM  / DD / YYYY

**Name and mailing address of petitioner**

Shol Inc.
Name

6279 E. Slauson Ave., Suite 402
Number    Street

Commerce          CA          90040
City              State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Ch Moon
Name

6279 E. Slauson Ave., Suite 402
Number    Street

Commerce          CA          90040
City              State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/08/2019
              MM/ / DD /YYYY

✗  _____ President
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City                State       ZIP Code

Contact phone _____   Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
                MM  / DD / YYYY

Debtor   Kandy Kiss of California, Inc.
         _____
         Name

Case number (if known)_____

---

**Name and mailing address of petitioner**

Texking Trading Ltd.
_____
Name

No. 9 Fenghuan Rd.
_____
Number    Street

Changzhou _____ Jiangsu ____ China ____
City              State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

David Shi, President
_____
Name

No. 9 Fenghuan Rd.
_____
Number    Street

Changzhou _____ Jiangsu ____ China ____
City              State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02 / 13 / 2017
            MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

---

Matthew A. Lesnick
_____
Printed name

Lesnick Prince & Pappas LLP
_____
Firm name, if any

185 Pier Avenue, Suite 103
_____
Number    Street

Santa Monica _____ CA ____ 90405 ____
City                       State      ZIP Code

Contact phone  310-396-0964   Email matt@lesnickprince.com

Bar number     177594

State          CA

✘ ____ /s/Matthew A. Lesnick _____
Signature of attorney

Date signed    02/08/2017
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Tu Pacific, LLC
_____
Name

22614 Draille Drive
_____
Number    Street

Torrance _____ CA ____ 90505 ____
City                  State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Thao Uyen
_____
Name

22614 Draille Drive
_____
Number    Street

Torrance _____ CA ____ 90505 ____
City                  State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _____
            MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

---

Matthew A. Lesnick
_____
Printed name

Lesnick Prince & Pappas LLP
_____
Firm name, if any

185 Pier Avenue, Suite 103
_____
Number    Street

Santa Monica _____ CA ____ 90405 ____
City                       State      ZIP Code

Contact phone  310-396-0964   Email matt@lesnickprince.com

Bar number     177594

State          CA

✘ ____ /s/Matthew A. Lesnick _____
Signature of attorney

Date signed    02/08/2017
              MM / DD / YYYY

---

Official Form 205            Involuntary Petition Against a Non-Individual                    page 4

Debtor     Kandy Kiss of California, Inc.
           _____
           Name

Case number (if known)_____

---

**Name and mailing address of petitioner**

Texking Trading Ltd.
_____
Name

No. 9 Fenghuan Rd.
_____
Number    Street

Changzhou            Jiangsu       China
_____    _____      _____
City                 State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

David Shi, President
_____
Name

No. 9 Fenghuan Rd.
_____
Number    Street

Changzhou            Jiangsu       China
_____    _____      _____
City                 State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM  / DD / YYYY

✗ _____

Signature of petitioner or representative, including representative's title

---

Matthew A. Lesnick
_____
Printed name

Lesnick Prince & Pappas LLP
_____
Firm name, if any

185 Pier Avenue, Suite 103
_____
Number    Street

Santa Monica              CA          90405
_____         _____      _____
City                      State        ZIP Code

Contact phone  310-396-0964   Email  matt@lesnickprince.com

Bar number     177594

State          CA

✗ ___/s/Matthew A. Lesnick_____

Signature of attorney

Date signed    02/08/2017
               MM  / DD / YYYY

---

**Name and mailing address of petitioner**

Tu Pacific, LLC
_____
Name

22614 Draille Drive
_____
Number    Street

Torrance             CA            90505
_____    _____        _____
City                 State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Thao Ly
_____
Name

22614 Draille Drive
_____
Number    Street

Torrance             CA            90505
_____    _____        _____
City                 State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/08/2017
             MM  / DD / YYYY

✗ _____

Signature of petitioner or representative, including representative's title

---

Matthew A. Lesnick
_____
Printed name

Lesnick Prince & Pappas LLP
_____
Firm name, if any

185 Pier Avenue, Suite 103
_____
Number    Street

Santa Monica              CA          90405
_____         _____      _____
City                      State        ZIP Code

Contact phone  310-396-0964   Email  matt@lesnickprince.com

Bar number     177594

State          CA

✗ ___/s/Matthew A. Lesnick_____

Signature of attorney

Date signed    02/08/2017
               MM  / DD / YYYY

---

Official Form 205                    Involuntary Petition Against a Non-Individual

page 4

***In re Kandy Kiss of California, Inc.***
Attachment to Involuntary Petition Against a Non-Individual

## 13.  Each Petitioner's Claim

| Name of Petitioner | Nature of Petioner's Claim | Amount of the claim above the value of any lien |
|---|---|---|
| Apex Logistics International LAX Inc., a California corporation | Trade Debt | $22,269.95 |
| High Hope Trading (HK) Limited, a Hong Kong limited company | Trade Debt | $2,899,479.41 |
| IDFIX, Inc., a California corporation | Trade Debt | $2,462,097.78 |
| Kucuhead, a Nevada corporation | Trade Debt | $1,296,377.80 |
| Shol Inc., a California corporation | Trade Debt | $47,115.75 |
| Texking Trading Ltd., a China limited company | Trade Debt | $529,945.21 |
| Tu Pacific, LLC, a California limited liability company | Trade Debt | $176,825.87 |
| **TOTAL** | | **$7,434,111.77** |