1   Daniel A. Lev (CA Bar No. 129622)
      dlev@sulmeyerlaw.com
2   **Sulmeyer**Kupetz
    A Professional Corporation
3   333 South Grand Avenue, Suite 3400
    Los Angeles, California  90071-1406
4   Telephone: 213.626.2311
    Facsimile: 213.629.4520
5
    Attorneys for Howard M. Ehrenberg, Chapter 7 Trustee
6

7
                    **UNITED STATES BANKRUPTCY COURT**
8
       **CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION**
9

10
    In re                                          Case No. 1:17-bk-10378-VK
11
    KANDY KISS OF CALIFORNIA, INC.,                 Chapter 7
12
                                                    **NOTICE OF CHAPTER 7 TRUSTEE'S**
13          Debtor.                                 **MOTION FOR ORDER AUTHORIZING**
                                                    **AND APPROVING STIPULATION**
14                                                  **BETWEEN HOWARD M. EHRENBERG,**
                                                    **CHAPTER 7 TRUSTEE, AND**
15                                                  **BRUTZKUS GUBNER ROZANSKY**
                                                    **SEROR WEBER LLP FOR ALLOWANCE**
16                                                  **OF ADMINISTRATIVE EXPENSE CLAIM**
                                                    **AND WITHDRAWAL AND**
17                                                  **DISALLOWANCE OF SECURED AND**
                                                    **GENERAL UNSECURED CLAIM**
18
                                                    DATE:   February 20, 2020
19                                                  TIME:   2:00 p.m.
                                                    PLACE:  Courtroom "301"
20

21

22

23

24

25

26

27

28

DAL 2689996v1

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  **TO THE HONORABLE VICTORIA KAUFMAN, UNITED STATES BANKRUPTCY**

2  **JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE,**

3  **CREDITORS, AND INTERESTED PARTIES:**

4      **PLEASE TAKE NOTICE** that, concurrently herewith, Howard M. Ehrenberg

5  (the "Trustee"), the duly appointed, qualified, and acting chapter 7 trustee for the estate of

6  the debtor Kandy Kiss of California, Inc. (the "Debtor"), has caused to be filed his

7  "Chapter 7 Trustee's Motion for Order Authorizing and Approving Stipulation Between

8  Howard M. Ehrenberg, Chapter 7 Trustee, and Brutzkus Gubner Rozansky Seror Weber

9  LLP for Allowance of Administrative Expense Claim and Withdrawal and Disallowance of

10  Secured and General Unsecured Claim; Memorandum of Points and Authorities;

11  Declaration of Howard M. Ehrenberg in Support Thereof" (the "Motion"), through which

12  the Trustee seeks, among other things, an order authorizing and approving that certain

13  "Stipulation Between Howard M. Ehrenberg, Chapter 7 Trustee, and Brutzkus Gubner

14  Rozansky Seror Weber LLP for Allowance of Administrative Expense Claim and

15  Withdrawal and Disallowance of Secured and General Unsecured Claim" (the

16  "Stipulation") by and between the Trustee, on the one hand, and Brutzkus Gubner

17  Rozansky Seror Weber LLP ("Brutzkus Gubner"), on the other hand, pursuant to which

18  the parties have agreed to compromise the administrative, secured, and general

19  unsecured claim of Brutzkus Gubner, and authorizing the allowance of the compromised

20  administrative claim.  The Trustee seeks approval of the Stipulation in accordance with

21  Rule 9019 of the Federal Rules of Bankruptcy Procedure.  A true and correct copy of the

22  Stipulation is attached to the Motion as Exhibit "A".

23      **PLEASE TAKE FURTHER NOTICE** that, in sum, in February, 2018,

24  Brutzkus Gubner filed a proof of claim pursuant to which it sought a claim in the total

25  amount of $333,453.60, comprised of a $233,560.35 secured claim and a $99,893.25

26  general unsecured claim.  Brutzkus Gubner further claimed that $103,261.69 of its claim

27  was entitled to priority pursuant to 11 U.S.C. § 507(a)(3).  After investigating and

28  analyzing the claim, the Trustee determined that there were grounds to object to the

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA  90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  allowance and classification of the claim.  However, rather than file an objection, the

2  Trustee and Brutzkus Gubner engaged in negotiations in an effort to resolve the

3  Trustee's concerns with respect to the claim.  As a result of these discussions, the

4  Trustee and Brutzkus Gubner now have entered into a formal stipulation according to

5  which Brutzkus Gubner shall be allowed an administrative expense claim against the

6  estate in the total amount of $100,000, with balance of the claim disallowed.

7      **PLEASE TAKE FURTHER NOTICE** that the foregoing is merely a

8  summary of the salient terms of the Stipulation and the Motion, therefore, interested

9  parties are encouraged to read the Stipulation and the Motion in their entirety.

10     **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall take

11 place on February 20, 2020, at 2:00 p.m., or as soon thereafter as the matter may be

12 heard, in Courtroom "301" of the above-entitled court located at 21041 Burbank

13 Boulevard, Woodland Hills, California 91367, before the Honorable Victoria Kaufman,

14 United States Bankruptcy Judge, presiding.

15     **PLEASE TAKE FURTHER NOTICE** that the Motion is based on this

16 separately filed notice, the Motion, the memorandum of points and authorities and

17 declaration of Howard M. Ehrenberg in support thereof, the documents and pleadings on

18 file herein, all judicially noticeable facts, the arguments and representations of counsel,

19 and such other evidence as may be presented prior to or at the scheduled hearing.

20     **PLEASE TAKE FURTHER NOTICE** that if a party is interested in receiving

21 a copy of the Motion they should submit a written request to counsel for the Trustee:

22 Daniel A. Lev, Esq., **Sulmeyer**Kupetz, A Professional Corporation, 333 South Grand

23 Avenue, Suite 3400, Los Angeles, California 90071, (213) 626-2311,

24 dlev@sulmeyerlaw.com.

25     **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy

26 Rule 9013-1(f), any party opposing the relief requested in the Motion must file and serve

27 a written opposition no later than fourteen (14) days prior to the hearing on the Motion.

28

1    **PLEASE TAKE FURTHER NOTICE** that copies of any timely filed

2  opposition must be served upon (i) the Trustee, Howard M. Ehrenberg, and his attorneys

3  of record, **Sulmeyer**Kupetz, A Professional Corporation, 333 South Grand Avenue, Suite

4  3400, Los Angeles, California 90071, Attention:  Daniel A. Lev, dlev@sulmeyerlaw.com,

5  and (ii) the Office of the United States Trustee, 915 Wilshire Boulevard, Suite 1850, Los

6  Angeles, California 90017.

7    **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy

8  Rule 9013-1(h), the failure to timely file and serve an opposition to the Motion in

9  accordance herewith may be deemed by the Court to be consent to the relief requested

10  in the Motion.

11  DATED: January 16, 2020          **Sulmeyer**Kupetz
                                     A Professional Corporation

12

13

14                                   By: /s/ *Daniel A. Lev*
                                         Daniel A. Lev
15                                       Attorneys for Howard M. Ehrenberg, Chapter 7
                                         Trustee
16

17

18

19

20

21

22

23

24

25

26

27

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH GRAND AVENUE, SUITE 3400
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

DAL 2689996v1                        -4-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): <u>NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING AND APPROVING STIPULATION BETWEEN HOWARD M. EHRENBERG, CHAPTER 7 TRUSTEE, AND BRUTZKUS GUBNER ROZANSKY SEROR WEBER LLP FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM AND WITHDRAWAL AND DISALLOWANCE OF SECURED AND GENERAL UNSECURED CLAIM</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>January 16, 2020</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jessica L Bagdanov on behalf of Debtor Kandy Kiss of California, Inc.
jbagdanov@bg.law, ecf@bg.law

Bernard D Bollinger, Jr on behalf of Cross Defendant Secret Charm, LLC, Adir Haroni, Cathy King, Lauri Hamer and Melissa Krupa
bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com

Peter M Bransten on behalf of Other Professional Courtesy NEF
pbransten@glaserweil.com, dsanchez@glaserweil.com

Peter M Bransten on behalf of Petitioning Creditor Mauricio Betancur
pbransten@glaserweil.com, dsanchez@glaserweil.com

Lynn Brown on behalf of Creditor American Express Travel Related Services Company, Inc.
notices@becket-lee.com

Russell Clementson on behalf of U.S. Trustee United States Trustee (SV)
russell.clementson@usdoj.gov

Alan J Cohen on behalf of Creditor Mark Raskin
acohen@cohenlawla.com

Cynthia M Cohen on behalf of Other Professional Courtesy NEF
cynthiacohen@saminicohen.com

Cynthia M Cohen on behalf of Petitioning Creditor Kucuhead
cynthiacohen@saminicohen.com

Cynthia M Cohen on behalf of Petitioning Creditor Mauricio Betancur
cynthiacohen@saminicohen.com

Cynthia M Cohen on behalf of Plaintiff Mauricio Betancur
cynthiacohen@saminicohen.com

Howard M Ehrenberg (TR)
ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com

Beth Gaschen on behalf of Debtor Kandy Kiss of California, Inc.
bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com

DAL 2616923v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

Beth Gaschen on behalf of Interested Party Province, Inc.
bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com

Beth Gaschen on behalf of Other Professional Courtesy NEF
bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com

Jeffrey I Golden on behalf of Interested Party Province, Inc.
jgolden@wgllp.com, kadele@wgllp.com;vrosales@lwgfllp.com;cbmeeker@gmail.com

Steven T Gubner on behalf of Debtor Kandy Kiss of California, Inc.
sgubner@bg.law, ecf@bg.law

Steven T Gubner on behalf of Interested Party Courtesy NEF
sgubner@bg.law, ecf@bg.law

Steven T Gubner on behalf of Other Professional Brutzkus Gubner
sgubner@bg.law, ecf@bg.law

Steven T Gubner on behalf of Other Professional Courtesy NEF
sgubner@bg.law, ecf@bg.law

Steven T Gubner on behalf of Trustee Howard M Ehrenberg (TR)
sgubner@bg.law, ecf@bg.law

Sandra Khalili on behalf of Interested Party Resch Polster & Berger LLP
skhalili@rpblaw.com, maltamirano@rpblaw.com

Paul J Kurtzhall on behalf of Other Professional Courtesy NEF
paul@hkwllp.com, scottm@hkwllp.com

Paul J Kurtzhall on behalf of Petitioning Creditor IDFIX, Inc.
paul@hkwllp.com, scottm@hkwllp.com

Matthew A Lesnick on behalf of Petitioning Creditor Apex Logistics International LAX Inc.
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick on behalf of Petitioning Creditor High Hope Trading (HK) Limited
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick on behalf of Petitioning Creditor IDFIX, Inc.
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick on behalf of Petitioning Creditor Kucuhead
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick on behalf of Petitioning Creditor RM Global Textile Inc.
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick on behalf of Petitioning Creditor Shol Inc
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick on behalf of Petitioning Creditor Texking Trading Ltd
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick on behalf of Petitioning Creditor Tu Pacific, LLC
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

DAL 2616923v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                               **F 9013-3.1.PROOF.SERVICE**

Matthew A Lesnick on behalf of Petitioning Creditor Ch Moon
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick on behalf of Petitioning Creditor Christopher Clifford
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick on behalf of Petitioning Creditor David Shi
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick on behalf of Petitioning Creditor Elsie Qian
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick on behalf of Petitioning Creditor Grace Wang
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick on behalf of Petitioning Creditor Mauricio Betancur
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Matthew A Lesnick on behalf of Petitioning Creditor Thao Uyen
matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com

Daniel A Lev on behalf of Other Professional Courtesy NEF
dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com

Daniel A Lev on behalf of Trustee Howard M Ehrenberg (TR)
dlev@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dlev@ecf.inforuptcy.com;dwalker@sulmeyerlaw.com

Lloyd S Mann on behalf of Other Professional Courtesy NEF
lmann@mannzarpas.com

Lloyd S Mann on behalf of Petitioning Creditor Kucuhead
lmann@mannzarpas.com

Lloyd S Mann on behalf of Petitioning Creditor Mauricio Betancur
lmann@mannzarpas.com

Susan I Montgomery on behalf of Creditor Thomas R. Akin
susan@simontgomerylaw.com,
assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com

Kurt Ramlo on behalf of Interested Party Courtesy NEF
kr@lnbyb.com, kr@ecf.inforuptcy.com

Howard D Ruddell on behalf of Creditor Target Corporation
, lorena.lazheztter@faegrebd.com

Robyn B Sokol on behalf of Interested Party Moustris Entertainment, Inc.
ecf@bg.law, rsokol@bg.law

Robyn B Sokol on behalf of Interested Party Caroline Ann Gilchrist
ecf@bg.law, rsokol@bg.law

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page.

---

DAL 2616923v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    **F 9013-3.1.PROOF.SERVICE**

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) <u>January 16, 2020</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Claimants:**

Diane Sifuentes
14901 Cobalt Street
Sylmar, CA 91342

Eris Fine
17955 Magnolia Boulevard, #6
Encino, CA 91316

Eris Fine
14761 Califa Street
Van Nuys, CA 91411

Larry Moser
1206 E. Elizabeth Street
Pasadena, CA 91104

Mary Teresa Barnes
14737 Covello Street
Van Nuys, CA 91405

Caroline Ann Gilchrist
901 Columbia Street
South Pasadena, CA 91030-1709

Alicia Bernadette Flores
12607 Keswick Street
North Hollywood, CA 91605

Erica Bledsoe
2439 Panorama Terrace
Los Angeles, CA 90039

Moustris Enterprises, Inc.
c/o Kelly Moustris
26902 Mirasol Street
Valencia, CA 91355

⊠ Service information continued on attached page.

DAL 2616923v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                          **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 16, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Victoria S. Kaufman
U.S. Bankruptcy Court
Bin on 1st Floor outside entry to Intake Section
21041 Burbank Blvd.
Woodland Hills, CA 91367

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 16, 2020 | Denise Walker | /s/Denise Walker |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

DAL 2616923v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**2. SERVED BY UNITED STATES MAIL:**

ACE - Ace Pleating & Technologies
2351 East 49th Street
Los Angeles, CA 90058

Adela Trinidad
11900 Gager Street
Sylmar, CA 91342

Alicia Bernadette Flores
12607 Keswick Street
North Hollywood, CA 91605

~~Alieze All~~
~~6620 Charlesworth Avenue~~
~~North Hollywood, CA 91605~~

Allianz Life Insurance Co.
P.O. Box 371425
Pittsburgh, PA 15250-7425

Allied Building
19630 Lome Street
Reseda, CA 91335

Altesa Embroidery
5743 Smithway Street, Suite 301
Los Angeles, CA 90040

Alyson Weinberg
5460 White Oak Avenue, #G307
Encino, CA 91316

American Express
P.O. Box 360001
Florida 33360-0010

American Express Travel Related
Services, Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA  19355-0701

Anamaria Bunta
5430 Corteen Place, #40
Valley Village, CA 91607

Apex Logistics
17511 S. Susana Road
Compton, CA 90221

Apparel Star
2800 East 11th Street
Los Angeles, CA 90023

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014

AT&T Mobility 646
P.O. Box 6463
Carol Stream, IL 60197-6463

Avemore
33 UBI Avenue 3
Vertex #2-05/06, Tower B
Singapore

Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019

BCD Software Services, Inc.
2450 Mission St, Suite 6
San Marino, CA  91108

Benicomp
8310 Clinton Park Drive
Fort Wayne, IN 46825

Beryl
Room 908, Building C
No 7001 Zhongchun Road
Shanghai, China

Bravo
4053 Wall Street
Los Angeles, CA 90011

Brenda Lizette Estrada
1253 35th Street
Los Angeles, CA 90011

Brown & Joseph, LTD.
c/o Don Leviton
PO Box 59838
Schaumburg, IL  60159

Bureau Veritas Mexico
100 Northpointe Parkway
Buffalo, NY 14228

CA Dept. of Industrial Relations
Office of Director - Research Unit
P.O. Box 429488
San Francisco, CA 94142-9488

DAL 2616923v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                              **F 9013-3.1.PROOF.SERVICE**

Cadfab
3800 South Hill Street
Los Angeles, CA 90037

Cadfab
PO Box 25929
Los Angeles, CA 90025-0929

California Franchise Tax Board
Special Operations Bankruptcy Team
MIC-74
P.O. Box 942879
Sacramento, CA 94279-0074

California Dept. of Tax and Fee
Administration
Special Ops, MIC:55
PO Box 942879
Sacramento, CA 94279-0055

Canada West
#107-1750 Coast Meridian Road
Portcoquitlan, BC V3C6R8

Capture Mfg.
11848 Jefferson Boulevard
Culver City, CA 90230

Caroline Ann Gilchrist
3716 Broad Lawn Drive
Los Angeles, CA 90068

Caroline Ann Gilchrist
901 Columbia Street
South Pasadena, CA 91030-1709

Celadon
Finance One
P.O. Box 740952
Los Angeles, CA 90074-0952

Changshu Union - Tex Co. Ltd.
Room 401 Block 10, Tingfeng Garden Fenglin Road
Changshu Jiangsu, China

Chris Laurita
1726 Mathews Avenue
Manhattan Beach, CA 90266

City Fashion Express
P.O. Box 894829
Los Angeles, CA 90189-4829

City Logistics
P.O. Box 894833
Los Angeles, CA 90189-4833

Credence Resource Management LLC
P.O. Box 2238
Southgate, MI 48195-4238

Crow Di - Recology Los Angeles
9189 De Garmo Avenue
Sun Valley, CA 91352

Dagawa Hana Financial
Dept. LA 24406
Pasadena, CA 91185-4406

David Zaro
144 North Dark Drive, #101
Beverly Hills, CA 90211

De Lage Landen Financial Services
1111 Old Eagle School Road
Wayne, PA 19087

Denise Garcia
8350 Gardendale Street, #205
Paramount, CA 90723

Department of Employment and Economic Development
332 Minnesota Street
Saint Paul, MN 55101-1350

Diane Dunbar
17551 Superior Street
Northridge, CA 91325

DirecTv
P.O. Box 60036
Los Angeles, CA 90060

Domingo Vasquez
11228 Herrick Avenue
Pacoima, CA 91331

Dora Luz Flores
6624 Avenida de Camino
Palmdale, CA 93552

Edward Hugler, Acting U.S. Secretary of Labor
U.S. Department of Labor/EBSA
1055 East Colorado Blvd., Ste. 200
Pasadena, CA  91106

Edward Hugler, Acting U.S. Secretary of Labor
US Dept of Labor
35 N Lake Ave, #300
Pasadena, CA  91101-4110

Elena Rodriguez
14958 Astoria Street
Sylmar, CA 91342

DAL 2616923v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Elena Rodriguez
12301 San Fernando Road, Space 209
Slymar, CA 91342-7705

Elite Int'l Fashion
12042 Janette Lane
Garden Grove, CA 92840

Elsie Qian
17511 S. Susana Road
Compton, CA 90221

Emma Vasquez
13476 Pierce Street
Pacoima, CA 91331

Employment Development Department
P.O. Box 10402
Van Nuys, CA 91410-0402

Erica Bledsoe
2439 Panorama Terrace
Los Angeles, CA 90039

Eris Fine
17955 Magnolia Boulevard, #6
Encino, CA 91316

Eris Fine
14761 Califa Street
Van Nuys, CA 91411

~~Ever Survival Ent., Inc.~~
~~1000 Bible Way~~
~~Reno, NV 89502~~

Eye on Technology
6463 West 77th Street
Los Angeles, CA 90045

Ezra Brutzkus Gubner Rozansky et al.
21650 Oxnard, Suite 500
Woodland Hills, CA 91367

FedEx
P.O. Box 7221
Pasadena, CA 91109-7321

Felicia
Nigbo No 88 Minhui Xi Road
YinZhou District
Zhejiang

Felicia Apparel Co Ltd
Creditors Adjustment Bureau Inc.
Assignee of Felicia Apparel Co Ltd
14226 Ventura Blvd.
Sherman Oaks, CA  91423

Fineline
P.O. Box 934219
Atlanta, GA 31193-4219

First Choice
18840 Parthenia Street
Northridge, CA 91324

First Insurance
P.O. Box 7000
Carol Stream, IL 60197-7000

Freeman Freeman & Smiley
Robert Ezra, Joyce H Ma
1888 Century Park East, Suite 1900
Los Angeles, CA 90067

G&S Realty 1, LLC
530 Seventh Avenue
New York, NY 10018

Garments MRM
2465 Vernon Avenue
Los Angeles, CA 90058

Genaro Mora Zacarias
319 N. Maryland Avenue, Apartment  6
Glendale, CA 91206

Grant J. Hallstrom, Esq.
Hallstrom Klein & Ward LLP
15615 Alton Parkway, Suite 175
Irvine, CA 92618

Greeting Shipping Company
2225 West Commonwealth Avenue, Suite 316
Alhambra, CA 91803

Haarons, Inc.
Officer, Director, Manager, Member
41 Cain Drive
Plainview, NY 11803

Heiberto Martinez
17425 Devonshire Street
Northridge, CA 91325

DAL 2616923v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

High Hope Trading (HK) Limited
Rm 201, Block D
Chunsen Creative Garden
No 255 MeiQiang Rd
Minhang District, Shanghi China

Hilda Murillo
11988 Adelphia
Pacoima, CA 91331

~~HSBC Business Credit (USA) Inc.~~
~~1000 Wilshire Boulevard~~
~~Los Angeles, CA 90017~~

IDFIX Inc
c/o Grace Wang, CEO
1111 Corporate Center Drive, Suite 203-A
Monterey Park, CA 91754

~~Insurance Co. of State of Pennsylvania~~
~~c/o Diamond McCarthy LLP~~
~~Attn: Adam L Rosen, Esq.~~
~~489 Fifth Avenue, 21st Floor~~
~~New York, NY 10017~~

Insurance Co. of State of Pennsylvania
c/o Diamond McCarthy LLP
Attn: Adam L Rosen, Esq.
295 Madison Avenue, Floor 27
New York, NY 10017-6417

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

~~IQ Textile~~
~~New Commercial Capital Inc~~
~~P.O. Box 749269~~
~~Los Angeles, CA 90074-9269~~

Ivon Lorena Aristondo
12987 Paxton Street
Pacoima, CA 91331

~~Jacqueline Rivera~~
~~18782 Heavenwood Circle~~
~~Huntington Beach, CA 92646~~

Jacqueline M. Rivera
2721 Bradford Ave
Arcadia, CA  91007-8402

Jaime Santana
36714 Arbolada Lane
Palmdale, CA 93550

JC Penney
310 South Main Street
Salt Lake City, UT 84101

Jiangsu
15-17/F, Guotai Bldg.
Renmin Road (M)
Zhangjiagang City, China

Jiangsu Guotai Inernational Group
Guomao Co Ltd
c/o Creditors Adjustment Bureau Inc. Ass.
14226 Ventura Blvd.
Sherman Oaks, CA  91423

JJ Smart
Room 1006 Central Bldg.
Kegio, Shaoxing
Zhejiang, China

Jonathan Rosales
14073 Van Nuys Boulevard, #5
Pacoima, CA 91331

Jordan Tran
730 South Catalina, Apartment 409
Los Angeles, CA 90005

~~Jose Guillermo Zepeda~~
~~c/o Raphael B. Hedwat, Esq.~~
~~Law Office of Raphael B. Hedwat~~
~~Van Nuys, CA 91401~~

Juan Expinoza
1602 2nd Street, Apartment B
San Fernando, CA 91340

Kelly Moustris
c/o Moustris Enterprises, Inc.
26902 Mirasol Street
Valencia, CA 91355

KeqShaoxing Keqiao Xinmen Ltd.
No. 104 3 Tower 1
Jinhui Bldg Keqiao Shoaxing China

Komar
P.O. Box 844437
Los Angeles, CA 90084-4437

Konica Minolta
P.O. Box 100706
Pasadena, CA 91189-0706

Kristin Adalsetinsdottir
5055 Buffalo Avenue, #5
Sherman Oaks, CA 91423

DAL 2616923v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Kucuhead
342 South Anita Ave
Los Angeles, CA  90049

Kunal Shah
2485 Lorain Road
San Marino, CA 91108

LA DWP
P.O. Box 30808
Los Angeles, CA 90030-0808

Lage De lage Landen
P.O. Box 41602
Philadelphia, PA 19101-1602

Larry Moser
1206 E. Elizabeth Street
Pasadena, CA 91104

Leonor Guardado
8530 Burnet Avenue, Apartment 110
North Hills, CA 91343

Linhe
Room 304 Lijing Center
Tian Tong Road
Ningbo, 315100, China

Lisa Dorothea Crowe
454 Wren Drive
Los Angeles, CA 90065

Little Blessing
81/8F V-Capital Bldg.
Xianxia Road, Changing District Shanghai, China

Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067

Lorraine Gold
10843 McLennan Avenue
Granada Hills, CA 91344

Los Angeles County Treasurer & Tax
Collector
PO Box 54110
Los Angeles, CA  90054

M&C Dye House
840 East Jefferson Boulevard
Los Angeles, CA 90011

Marco Ino Diwa
14429 Kittridge Street, #111
Van Nuys, CA 91405

Maria Marquez Diwa
14429 Kittridge Street, #111
Van Nuys, CA 91405

Maria Martinez
1325 E. 33rd Street
Los Angeles, CA 90011

Maria R. Romero
10935 Fellows Avenue
Pacoima, CA 91331

~~Mark Raskin~~
~~605 N. Rexford Drive~~
~~Beverly Hills, CA 90210~~

Mark Raskin
c/o Alan J. Cohen
Law Offices of Alan J. Cohen
1880 Century Park East. Suite 315
Los Angeles, CA  90067

Marking and Grading
9806 Mattock Avenue
Downey, CA 90240

Marlin
P.O. Box 13604
Philadelphia, PA 19101-3604

Mary Teresa Barnes
14737 Covello Street
Van Nuys, CA 91405

Masergy
P.O. Box 671454
Dallas, TX 75267-1454

Masergy Communications, Inc.
2740 North Dallas Parkway, Suite 260
Plano, TX  75093

Mauricio Betancur
342 South Anita Ave
Los Angeles, CA  90049

Matthew A. Lesnick, Esq.
Lesnick Prince & Pappas LLP
315 W. Ninth Street, Suite 705
Los Angeles, CA 90015

Mercedes Garcia
1802 Effle Street
Los Angeles, CA 90026

DAL 2616923v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Meridian Textiles
6415 Canning Street
Los Angeles, CA 90040

Michelle Carpenter
11965 Gorham Avenue, #408
Los Angeles, CA 90049

Miguel Alberto Salazar
12870 Borden Avenue
Sylmar, CA 91342

Minx
752 South San Pedro Street
Los Angeles, CA 90014

Mylee Nguyen
410 N. Griffith Park Drive
Burbank, CA 91506

~~Myra Jesseberger~~
~~4120 Matisse Avenue~~
~~Nipton, CA 92364~~

Myway
Suite 1806, Tonghua Plaza
345 JinXiang Rd, Pudong District
Shanghai China

National Retail
P.O. Box 2697
Secaucus, NJ 07096

NEC
P.O. Box 100658
Pasadena, CA 91189-0558

NEC Financial Services, LLC
250 Pehle Avenue
Saddle Brook, NJ 07663-5806

Nelli Grlgoryan
27624 Beachwood Drive
Canyon Country, CA 91351

New York State Workers' Compensation Board
328 State Street
Schenectady, NY 12305

Nex Label
10829 Central Avenue
South El Monte, CA 91733

~~Nexgen~~
~~1130 Windham Parkway~~
~~Romeoville, IL 60446~~

Nexgen Packaging LLC
1010 Executive Dr, Ste 100
Westmont, IL  60559-6177

Ningbo
No. 20 Yangu Road
Economic Dev. Zone Xiangshan, Ningbo
Zheijang Prov. China

Norman Gu
c/o Betty J. Levine, Esq.
Hallstrom Klein & Ward LLP
15615 Alton Parkway, Suite 175
Irvine, CA 92618

NYSIF Disability Benefits
P.O. Box 5239
New York, NY 10008-5239

Office Depot
P.O. Box 70025
Los Angeles, CA 90074-0025

Office Depot
6600 N. Military Trail-S413G
Boca Raton, FL  33496

~~Office to Cloud~~
~~9800 Topanga Canyon Boulevard~~
~~Chatsworth, CA 91311~~

On Display
2450 Mission Street, Suite 6
San Marino, CA 91108

P&M Distributors
2345 East 52nd Street
Los Angeles, CA 90058

Pacific Logistics
7255 Rosemead Boulevard
Pico Rivera, CA 90660

Patricia Villalona
894 Riverside Drive, #6A
New York, NY 10032

Pattern Textiles
15 Pundersons Garden, Unit 206
London, E2 9QG, UK

Paychex
P.O. Box 2000
Henrietta, NY 14467

DAL 2616923v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

PCCW Global, Inc.
450 Spring Park Place, Suite 100
Herndon, VA 20170

PCCW Global, Inc.
475 Spring Park Place, #100
Herndon, VA 20170-5227

Performance Team
P.O. Box 515176
Los Angeles, CA 90051

Pitney Bowes
P.O. Box 371874
Pittsburgh, PA 15240-7874

PJ Fabrics
P.O. Box 556614
Los Angeles, CA 90055

Pro Systems
P.O. Box 1945
Canyon Country, CA 91386

Promac
1720 South Vermont Avenue
Los Angeles, CA 90006

Protection One
P.O. Box 219044
Kansas City, MO 64121-9044

Brown & Joseph c/o Don Leviton
P.O. Box 59838
Schaumburg, IL  60159

Quan Hua
7252 Irondale Avenue
Winnetka, CA 91306

Quan Ma Jacobo
11813 Wish Avenue
Granada Hills, CA 91344

Raya I. Laham
854 North Kemp Street
Burbank, CA 91505

Ready Refresh By Nestle
P.O. Box 856192
Louisville, KY 40285-6192

REASSUR - The Lincoln National
One Reinsurance Place
1700 Magnavox Way
Fort Wayne, IN 46801-7808

Recology Los Angeles
P.O. Box 1081
Sun Valley, CA 91352

Republic Document Management
154-A West Foothill Boulevard, #519
Upland, CA 91786

Resch Polster & Berger LLP
c/o Michael C. Baum, Esq.
1840 Century Park East, 17th Floor
Los Angeles, CA 90067

Reyes Ruiz Pimental
17049 Lisette Street
Granada Hills, CA 91344

Richline
1706 Maple Avenue
Los Angeles, CA 90015

Rite Aide
P.O. Box 360321
Pittsburgh, PA 15250-6321

RL Jones
8830 Siempre Viva Road, Suite 100
San Diego, CA 92154

RM Global
22048 Sherman Way, Suite 110
Canoga Park, CA 91303

Robert M. Mansukhani
Kein W. Alexander
Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

Robert Alexander Halfon
4449 Kingswell Avenue
Los Angeles, CA 90027

Robert Friedland
3930 Goodland Avenue
Studio City, CA 91604

Sandra Wolff
5257 Willowcrest Avenue, #202
North Hollywood, CA 91601

Sara Falciani
210 North Hudson Avenue, #2419
Pasadena, CA 91101

DAL 2616923v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                        **F 9013-3.1.PROOF.SERVICE**

Selina Accessories Ltd.
4 Selina Tower
Islambagh, Hollan Road
Khakkin Khan, Uttara

Shanghai Shenda
Room 1207 No. 1500
Jiangning Road
Shanghai, China

Shaoxing Kasi
Binshe Vi Hutang Street, Kegiao Area
Shoaxing City
Zhejiang Province, China

Shaoxing Keqiao
No. 2002-1, 20 Floor, H Building
Time Square, Keqiao, Shaoxing Zhejiang, China

Sheri Nadel
1725 Camino Palmero Street, Apt 118
Los Angeles, CA 90046

Shol Inc.
6279 E. Slauson Ave #402
Commerce, CA  90040

Silvers & Bonenfant
21800 Oxnard Street, Suite 745
Woodland Hills, CA 91367

Skytex Mexico
525 7th Avenue, 22nd Floor
New York, NY 10018

~~Spectrum Enterprise~~
~~2931 Redondo Avenue~~
~~Long Beach, CA 90806~~

State Narrow Fabrics
PO. .Box 1389
Long Island City, NY 11101-1389

Stern Kory Sreden & Morgan
24691 The Old Road, 2nd Floor
Stevenson Ranch, CA 91381

Steve K. Wasserman, Esq.
Wasserman Law Group
5567 Reseda Boulevard, Suite 330
Tarzana, CA 91356

Style Careers, LLC
1115 Locust Street, 2nd Floor
Saint Louis, MO 63101

SYS Pro Systems, Inc.
6235 North 650 East
Churubusco, IN 46723

Technical Standards and Safety Authority
P.O. Box 4577 STN A
Toronto, ON M5W4V8

TelePacific Communications
P.O. Box 509013
San Diego, CA 92150

Tereza Martinez
15915 Joseph Street
Sylmar, CA 91342

Terminex
P.O. Box 742592
Cincinnati, OH 45274-2592

Texco, Inc.
1710 South Hooper Avenue
Los Angeles, CA 90021

Texking
Unit 04, 7/F Bright Way
Tower No. 33, Mong Kik Road
Kl, Hong Kong

Texking Trading Ltd
No. 9 Fenghuan Rd
Changzhou Jiangsu, China

Texway
6F, 50, Ti Hua St
Sec 1
Taipei, TW

Thao Uyen
2977/11/6A National Road
1A, District 12
HCMC, VN

The CIT Group/Commercial Services
300 S. Grand Avenue
Los Angeles, CA 90071

The Gas Company
P.O. Box C
Monterey Park, CA 91756

The Sample Factory
3390 East Olympic Boulevard
Los Angeles, CA 90023

DAL 2616923v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Thomas R. Akin
4348 Beck Avenue
Studio City, CA 91604

Tu Pacific, LLC
6279 E. Slauson Ave., Suite 402
Commerce, CA  90040

Twins Pleating
3659 Whittier Boulevard
Los Angeles, CA 90023

Uline
P.O. Box 88741
Chicago, IL 60680-1740

Uline Shipping Supplies
12575 Uline Drive
Pleasant Prairie, WI  53158

Unique Quality Services
Officer, Director, Manager, Member
224 West 35th Street, Suite 400
New York, NY 10001

United States Department of Commerce/U.S. Census
Bureau
Office of the Director
Washington, DC 20233-0001

UPS
P.O. Box 894820
Los Angeles, CA 90189-4820

UPS Supply Chain
28013 Nework Place
Chicago, IL 60673

Vantage Sourcing
4930 West State Highway 52, Suite 1
Dothan, AL 36305

Verizon
P.O. Box 15124
Albany, NY 12212-5124

Pudong Garments Imports & Exports Co., Ltd.
Brown & Joseph c/o Don Leviton
PO Box 59838
Schaumburg, IL 60159

Verizon
P.O. Box 6786
Dothan, AL 36302

Verizon Wireless
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Virginia Cantado Tabigne
13219 Roscoe Boulevard
Sun Valley, CA 91352

Vivian Manrique
3041 Mountain View Avenue
Los Angeles, CA 90066

Walter Castillo
888 Zianxia Road 34/201
Shanghai, China 17000

WB Mason
P.O. Box 981101
Boston, MA 02298-0110

West Coast
2608 East 37th Street
Los Angeles, CA 90058

Workers' Compensation Board
Finance Office
328 State Street
Schenectady, NY 12305-2318

Yudyra Uzeth Powell
6215 Longridge Avenue
Van Nuys, CA 91401

DAL 2616923v1 This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                     **F 9013-3.1.PROOF.SERVICE**