Howard M. Ehrenberg
333 South Grand Ave. Suite 3400
Los Angeles, CA 90071
Telephone: (213) 626-2311
hehrenberg@sulmeyerlaw.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 1:17-bk-10378 VK |
| | ) | |
| KANDY KISS OF CALIFORNIA, INC. | ) | Chapter 7 |
| | ) | |
| | ) | **NOTICE TO PROFESSIONALS TO** |
| | ) | **FILE APPLICATIONS FOR** |
| | ) | **COMPENSATION** |
| Debtor(s) | ) | |
| | ) | [No Hearing Required] |

TO THE UNITED STATES BANKRUPTCY COURT - ASSET CLOSING SECTION, THE UNITED STATES TRUSTEE, THE ATTORNEY FOR THE DEBTOR, AND TO EVERY PROFESSIONAL PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE TO THE ESTATE:

YOU ARE HEREBY NOTIFIED that the Chapter 7 Trustee is prepared to file a Final Report and Account.

Professional persons are notified that the last day for filing applications for compensation is 21 days after the mailing of this notice pursuant to Local Bankruptcy Rule 2016-1(c)(4)(B).

Dated: November 2, 2020

/s/ Howard M. Ehrenberg
Howard M. Ehrenberg
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071-1406.

A true and correct copy of the foregoing document entitled (*specify*):  NOTICE TO PROFESSIONALS TO FILE APPLICATION FOR COMPENSATION   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 2, 2020  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Jessica L Bagdanov     jbagdanov@bg.law, ecf@bg.law
Bernard D Bollinger     bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com
Peter M Bransten     pbransten@glaserweil.com, dsanchez@glaserweil.com
Lynn Brown     notices@becket-lee.com
Russell Clementson     russell.clementson@usdoj.gov
Alan J Cohen     acohen@cohenlawla.com
Cynthia M Cohen     ccohen@brownwhitelaw.com
Howard M Ehrenberg (TR)     ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
Beth Gaschen     bgaschen@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;cyoshonis@wgllp.com;lbracken@wgllp.com
Jeffrey I Golden     jgolden@wgllp.com, kadele@wgllp.com;vrosales@wgllp.com;cbmeeker@gmail.com;lbracken@wgllp.com
Steven T Gubner     sgubner@bg.law, ecf@bg.law
Sandra Khalili     skhalili@rpblaw.com, maltamirano@rpblaw.com
Paul J Kurtzhall     paul@hkwllp.com, scottm@hkwllp.com;G66353@notify.cincompass.com
Matthew A Lesnick     matt@lesnickprince.com, matt@ecf.inforuptcy.com;jmack@lesnickprince.com
Daniel A Lev     dlev@sulmeyerlaw.com, ccaldwell@sulmeyerlaw.com;dlev@ecf.inforuptcy.com
Lloyd S Mann     lmann@mannzarpas.com
Susan I Montgomery     susan@simontgomerylaw.com, assistant@simontgomerylaw.com;simontgomerylawecf.com@gmail.com;montgomerysr71631@notify.bestcase.com
Kurt Ramlo     kr@lnbyb.com, kr@ecf.inforuptcy.com
Howard D Ruddell     , lorena.lazheztter@faegrebd.com
Robyn B Sokol     ecf@bg.law, rsokol@bg.law
United States Trustee (SV)     ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On November 2, 2020 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Victoria Kaufman
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 354
Woodland Hills, CA 91367

☐ Service information continued on attached page.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2009*                                                                                                                                                                 F 9013-3.1

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) November 2, 2020 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Daniel Lev, Esq. dlev@sulmeyerlaw.com
Howard B. Grobstein, CPA hgrobstein@gtllp.com
Steven T. Gubner, Esq. sgubner@bg.law
Michael C. Baum, Esq. mbaum@rpblaw.com
Richard M. Pachulski, Esq. rpachulski@pszjlaw.com
Jeffrey W. Dulberg, Esq. jdulberg@pszjlaw.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 2, 2020 | Lupe Cortez | */s/ Lupe Cortez* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2009*                                                                                                                                F 9013-3.1